UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     Case No. 6:16-cr-119-Orl-37GJK

RICKY DELANO SHEPPARD

AUSA: Ilianys Rivera
Defense Atty.: James Smith

| JUDGE | **Gregory J. Kelly** U.S. Magistrate Judge | DATE/TIME | August 9, 2016 11:07-11:30 =23 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | digital |
| INTERPRETER | n/a | PTS/PROB: | n/a |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called, appearances made, procedural setting by Court
Dft sworn and testifies
Dft is a U.S. citizen
Dft advised of charge and penalties
Dft advised of sentencing guidelines
Dft advised of presentence investigation report
Dft advises he has reviewed the factual basis contained in the plea agreement
Dft advised of waiver of right to withdraw guilty plea
Dft advised of waiver of right to appeal sentence
Dft advised of his right to trial
Dft pleads guilty to count one of the indictment
Court accepts plea, enters report and recommendation
All pending motions are denied as moot
Court adjourned