UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| UNITED STATES OF AMERICA v. RICKY DELANO SHEPPARD | | CASE NO. 6:16-cr-119-Orl-37GJK | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr. U.S. District Judge | COUNSEL FOR GOVERNMENT | Ilianys Rivera Miranda |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | James Smith |
| COURT REPORTER | Suzanne Trimble | INTERPRETER | n/a |
| DATE AND TIME | 12/19/16 3:08 – 4:00 pm | TOTAL TIME | 0/52 |

**PROCEEDINGS OF SENTENCING:**

X     Defendant adjudged guilty on Count One of the Indictment
X     Defendant's Witnesses: Tammy Calhoun Kelley, May Elizabeth Whitworth, Monteen Sheppard
X     Imprisonment:   seventy eight (78) months
X     Supervised Release:   ten (10) years
X     Court recommends: as close to Central FL as possible
X     Forfeiture:   per Doc 51
X     Special Assessment: **$100.00** to be paid immediately.
X     Restitution:   deferred
        Fine
X     JVTA Assssment:   $5000.00
X     Defendant is remanded to the custody of the U.S. Marshal
        Defendant shall surrender to the designated institution no later than 2:00 p.m.
        Defendant shall report to the Probation Office immediately
X     Defendant advised of right to appeal and to counsel on appeal.
X     Other:   Count Two dismissed